

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-10-2003

# Lukwago v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 02-1812

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Lukwago v. Atty Gen USA" (2003). *2003 Decisions.* Paper 420.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/420

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed May 16, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-1812

BERNARD LUKWAGO
a/k/a MELVIN HAFT,
*Petitioner*

v.

JOHN ASHCROFT,
Attorney General of the United States,
*Respondent*

Petition for Review of an Order
of the Board of Immigration Appeals
(A78-420-780)

Before: SLOVITER, RENDELL, and GREENBERG,
*Circuit Judges*

**ORDER AMENDING OPINION**

IT IS ORDERED that the slip opinion in the above case, filed May 14, 2003, be amended as follows:

Page 8, line 14 - *"supra* p. 5" should be changed to *"supra* p. 3."

Page 21, line 5 - change the word "class" to "particular social group."

Page 35, line 14 - change the word "class" to "particular social group."

2

By the Court,

/s/ Dolores K. Sloviter
Circuit Judge

DATED: May 16, 2003

A True Copy:
        Teste:

*Clerk of the United States Court of Appeals*
*for the Third Circuit*